**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Virginia
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
Eidos, LLC

2. **All other names debtor used in the last 8 years**  
N/A

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
2 6 – 2 7 4 4 6 9 0

4. **Debtor's address**

   **Principal place of business**

   301  Park Avenue  
   Number    Street

   Suite 100

   Falls Church    VA    22046  
   City    State    ZIP Code

   Falls Church City  
   County

   **Mailing address, if different from principal place of business**

   _____  
   Number    Street

   _____  
   P.O. Box

   _____  
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____  
   Number    Street

   _____  
   City    State    ZIP Code

5. **Debtor's website (URL)**  
N/A

6. **Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor __Eidos, LLC__                                      Case number (if known) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  __5__ __4__ __1__ __7__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When _____ Case number _____
                                    MM / DD / YYYY
         District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor __See Attachment__                Relationship _____
         District _____                     When _____
                                                       MM / DD / YYYY
         Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor  Eidos, LLC
_____
Name

Case number (if known)_____

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____
City                                           State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☑ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **Eidos, LLC**
        Name

Case number (if known) _____

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☑ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/03/2016
             MM  / DD / YYYY

X _____  Vincent W. Sedmak
Signature of authorized representative of debtor     Printed name

Title  Majority Member, Chairman & CEO

### 18. Signature of attorney

X _____   Date  02/03/2016
Signature of attorney for debtor            MM / DD / YYYY

Donald F. King
Printed name

Odin Feldman & Pittleman, P.C.
Firm name

1775        Wiehle Avenue, Suite 400
Number      Street

Reston                          VA         20190
City                            State      ZIP Code

703-218-2100                    donking@opflaw.com
Contact phone                   Email address

23125                           VA
Bar number                      State

Debtor  EIDOS, LLC
        Name                                                                                      Case number (if known)

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____   Chapter  __11__

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Eidos Advanced Display, LLC | | | Relationship to you | **Debtor is affiliate** |
| District | EDVA, Alexandria | When | 2/02/16 | Case number, if known | **TBD** |
| Debtor | Eidos Display, LLC | | | Relationship to you | **Debtor is affiliate** |
| District | EDVA, Alexandria | When | 2/02/16 | Case number, if known | **TBD** |
| Debtor | Eidos III, LLC | | | Relationship to you | **Debtor is affiliate** |
| District | EDVA, Alexandria | When | 2/02/16 | Case number, if known | **TBD** |
| Debtor | Eidos IV, LLC | | | Relationship to you | **Debtor is affiliate** |
| District | EDVA, Alexandria | When | 2/02/16 | Case number, if known | **TBD** |
| Debtor | Eidos Partners, LLC | | | Relationship to you | **Debtor is owner** |
| District | EDVA - Alexandria | When | 2/02/16 | Case number, if known | **TBD** |
| Debtor | Kamdes IP Holding, LLC | | | Relationship to you | **Debtor is affiliate** |
| District | EDVA, Alexandria | When | 2/02/16 | Case number, if known | **TBD** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | EIDOS, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 3, 2016       X /s/ Vincent W. Sedmak
                                      Signature of individual signing on behalf of debtor

Vincent W. Sedmak
Printed name

CEO
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Eidos, LLC
United States Bankruptcy Court for the: Eastern District of VA (State)
Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ATER WYNNE LLP  1331 NW LOVEJOY STREET  SUITE 900  PORTLAND, OR 97209-3280 | FRANK V. LANGFITT  fvl@aterwynne.com  503-226-1191 | Professional Services | | | | $ 89,713.78 |
| 2 | COBB & ASSOCIATES  80 SOUTH 8TH STREET, #3710  MINNEAPOLIS, MN 55402 | COBB & ASSOCIATES  80 SOUTH 8TH STREET, #3710  MINNEAPOLIS, MN 55402 | Professional Services | | | | $ 44,708.00 |
| 3 | ROSEN SAPPERSTEIN FRIEDLANDER  300 RED BROOK BLVD, #200  OWINGS MILLS, MD 21117 | LOUIS SAPPERSTEIN  louiss@rsfchart.com  410-581-0800 | Professional Services | | | | $ 23,122.95 |
| 4 | ELLIOTT SCHLAM ASSOCIATES  4 MAHORAS DRIVE  WAYSIDE, NJ 07712 | ELLIOTT SCHLAM  eschlam@aol.com  732-493-3868 | Professional Services | | | | $ 7,600.00 |
| 5 | LG DISPLAY CO., LTD  20 YOIDO-DONG  YOUNGDUGPO-GU  SEOUL, 150-721, KOREA | IN JAE CHUNG  DON H. MIN  dmin@lgdisplay.com | Contract Counterparty | | | | Unknown |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

```
Ater Waye LLP
Suite 900
1331 NW Lovejoy Street
Portland, OR 97209-3280


Bayard, P.A.
222 Delaware Ave., Suite 900
Wilmington, DE 19899


Cobb & Associates
#3710
80 South 8th Street
Portland, OR 97209-3280


Dentons US LLP
1900 K Street, NW
Washington, DC 20006


Elliott Schlam Associates
4 Majoras drive
Wayside, NJ 07712


Ironshore Specialty Ins. Co.
One State Street Plaza-7th FL
New York, NY 10004


LG Display Co., Ltd.
20 Yoido-dong Youngdupo-gu
Seoul, 150-721
Korea


Rosen Sapperstein Friedlander
#200
300 Red Brook Blvd.
Owings Mills, MD 21117


Stairway Capital Management II
519 RXR Plaza
Uniondale, NY 11556


Wilson, Robertson & Cornelius
900 ESE Loop 323, Suite 400
PO Box 7339
Tyler, TX 75711-7339
```