**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| In re:<br><br>Eidos, LLC,<br><br>        Debtor-in-Possession. | Case No. 16-10385-BFK<br>Chapter 11 |
| In re:<br><br>Eidos Partners, LLC,<br><br>        Debtor-in-Possession. | Case No. 16-10386-BFK<br>Chapter 11 |
| In re:<br><br>Eidos Display, LLC,<br><br>        Debtor-in-Possession. | Case No. 16-10388-BFK<br>Chapter 11 |
| In re:<br><br>Eidos III, LLC,<br><br>        Debtor-in-Possession. | Case No. 16-10389-BFK<br>Chapter 11 |
| In re:<br><br>Eidos Advanced Display, LLC,<br><br>        Debtor-in-Possession. | Case No. 16-10390-BFK<br>Chapter 11 |
| In re:<br><br>Eidos IV, LLC,<br><br>        Debtor-in-Possession. | Case No. 16-10391-BFK<br>Chapter 11 |

G. David Dean (Bar No. 50971)
Jonathan A. Grasso (Bar No. 80414)
Cole Schotz P.C.
300 East Lombard Street, Suite 1450
Baltimore, MD 21202
Telephone: (410) 528-2972
Facsimile: (410) 528-9402
ddean@coleschotz.com
jgrasso@coleschotz.com

*Counsel for Stairway Capital Management II L.P.*

In re:

Kamdes IP Holding, LLC,

             Debtor-in-Possession.

Case No. 16-10392-BFK
Chapter 11

## MOTION TO DISMISS CHAPTER 11 CASES UNDER 11 U.S.C. §§ 305(a)(1) AND 1112(b) OR, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY

Stairway Capital Management II L.P. ("Stairway"), through its undersigned counsel and pursuant to Sections 305(a)(1) and 1112(b) of title 11 of the United States Code, hereby moves to dismiss these bankruptcy cases.  In support of this Motion, Stairway relies upon the accompanying Memorandum of Law in Support of this Motion (the "Memorandum"), as well as the declarations of John Rijo and Michael Sirota, Esq.[1]  For the reasons set forth in the Memorandum, Stairway submits that these bankruptcy cases should be dismissed.

WHEREFORE, Stairway respectfully requests that the Court enter an Order:  (i) granting this Motion; (ii) dismissing the above-captioned bankruptcy cases; and (iii) granting such other relief as the Court deems just and appropriate under the circumstances.

---

[1]  Because the Memorandum and supporting declarations contain confidential information, unredacted versions of the Memorandum and declarations are being filed under seal and served only on the above-captioned debtors and the United States Trustee.  Contemporaneously with the filing of this Motion, Stairway is filing a motion requesting Court approval to file the Memorandum and declarations under seal.  Redacted versions of these pleadings are being served on all other creditors pursuant to Bankruptcy Rule 2002(a)(4).

42024/0005-12783002v2

Dated: February 9, 2016

COLE SCHOTZ P.C.

By:  */s/ G. David Dean*  
     G. David Dean (Bar No. 50971)  
     Jonathan A. Grasso (Bar No. 80414)  
     300 East Lombard Street, Suite 1450  
     Baltimore, MD  21202  
     Telephone: (410) 528-2972  
     Facsimile: (410) 528-9402  
     ddean@coleschotz.com  
     jgrasso@coleschotz.com

     - and –

     Michael D. Sirota (*Pro Hac Pending*)  
     David M. Bass (*Pro Hac Pending*)  
     1325 Avenue of the Americas, 19th Floor  
     New York, NY 10019  
     Telephone: (212) 752-8000  
     Facsimile: (212) 752-8393  
     msirota@coleschotz.com  
     dbass@coleschotz.com

     *Counsel for*  
     *Stairway Capital Management II L.P.*

42024/0005-12783002v2

## <u>CERTIFICATE OF SERVICE</u>

I, G. David Dean, hereby certify that on this <u>9th</u> day of February, 2016, a copy of the foregoing **Motion to Dismiss Chapter 11 Cases under 11 U.S.C. §§ 305(a)(1) and 1112(b) or, Alternatively, for Relief from the Automatic Stay** (the "<u>Motion</u>"), along with the proposed order and redacted versions of the Memorandum and Declaration, was sent via first-class mail, postage prepaid to the parties on the attached Service List (Redacted Versions).

I hereby further certify that on this <u>9th</u> day of February, 2016, a copy of the Motion, along the proposed order and unredacted versions of the Memorandum and Declarations, which are being filed under seal, was sent via first-class mail, postage prepaid to the parties on the attached Service List (Unredacted Versions).

Dated: February 9, 2016                   */s/ G. David Dean*
                                           G. David Dean

4

## Service List (Redacted Versions)

| | |
|---|---|
| Ater Wynne, LLP<br>Attn:  Frank V. Langfitt<br>1331 NW Lovejoy Street<br>Suite 900<br>Portland, OR 97209-3280 | Bayard, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19899 |
| Cobb & Associates<br>80 South 8th Street, #3710<br>Minneapolis, MN 55402 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Elliott Schlam Associates<br>Attn:  Elliott Schlam<br>4 Mahoras Drive<br>Wayside, NJ 07712 | Wilson, Robertson & Cornelius<br>900 ESE Loop 323, Suite 400<br>PO Box 7339<br>Tyler, TX 75711-7339 |
| LG Display Co., Ltd.<br>Attn:  Don H. Min<br>20 Yoido-Dong<br>Youngdugpo-GU<br>Seoul, 150-721, Korea | Rosen Sapperstein Friedlander<br>300 Red Brook Boulevard, #200<br>Owings Mills, MD 21117 |
| Commonwealth of Virginia<br>Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218 | Dentons US LLP<br>1900 K Street, NW<br>Washington, DC 20006 |
| Ironshore Specialty Ins. Co.<br>One State Street Plaza – 7th Floor<br>New York, NY 10004 | |

42024/0005-12783002v2

## <u>Service List (Unredacted Versions)</u>

Donald F. King, Esq.
Alexander McDonald Laughlin, Esquire
Odin, Feldman & Pittleman, P.C.
1775 Wiehle Avenue, Suite 400
Reston, VA 20190

Office of the United States Trustee
Attn:  Jack I. Frankel, Trial Attorney
115 S. Union Street, Suite 210
Alexandria, VA 22314

42024/0005-12783002v2